UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BERGERON,<br><br>    Plaintiff,<br><br>    v.<br><br>BERRY PETROLEUM COMPANY, LLC, et al.,<br><br>    Defendants. | Case No. 1:24-cv-00503-JLT-CDB<br><br>ORDER ON STIPULATION STAYING ACTION PENDING RULING ON DEFENDANTS' ANTICIPATED MOTION TO COMPEL ARBITRATION<br><br>(Doc. 4) |

On March 11, 2024, Plaintiff Matthew Bergeron ("Plaintiff") initiated this action with the filing of a complaint in Kern County Superior Court against Defendants Berry Petroleum Co., LLC, and CJ Berry Well Services Management, LLC ("Defendants"), alleging age discrimination, wrongful termination, and intentional infliction of emotional distress.  (Doc. 1-1). On April 26, 2024, Defendants removed the action to this Court.  (Doc. 1).

Pending before the Court is the parties' stipulated request for order staying all proceedings and vacating the initial scheduling conference pending resolution of a motion by Defendants to compel arbitration, which the parties propose be filed on or before July 12, 2024. (Doc. 4).  The parties represent that good cause exists to grant the relief requested since a stay of discovery until resolution of Defendants' anticipated motion to compel arbitration will conserve the resources of both the parties and the Court.

Accordingly, in light of the parties' representations and good cause apperinag, IT IS HEREBY ORDERED:

1. This action is stayed pending the Court's ruling on Defendants' motion to compel arbitration, which shall be filed by no later than **July 12, 2024**.

2. If Defendants fail to timely file a motion to compel arbitration, the parties shall file by July 12, 2024, a joint scheduling report in accordance with the order setting mandatory scheduling conference and appear for the scheduling conference as currently scheduled. *See* (Doc. 2).

3. If Defendants timely file a motion to compel arbitration, the scheduling conference set for July 18, 2024 (Doc. 2) shall be vacated, to be reset following resolution of Defendants' motion to compel arbitration.

IT IS SO ORDERED.

Dated:   **June 24, 2024**                                          _____
                                                                    UNITED STATES MAGISTRATE JUDGE